UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT DROSTE and CLAUDIA DROSTE, ) ) ) Plaintiff(s), ) ) vs. ) ) DOUGLAS JULIEN, ) ) Defendant(s). ) | Case No. 4:04CV904 JCH |

**ORDER**

This matter is before the Court pursuant to a telephone conference held **Wednesday, November 2, 2005**. The Court now holds as follows:

**IT IS HEREBY ORDERED** that Plaintiffs are granted until **Monday, November 7, 2005**, within which to notify the Court and Defendant, in writing, as to whether they wish to pursue their claim for damages regarding Ms. Adams' attorney fees in the underlying litigation.

**IT IS FURTHER ORDERED** that Plaintiffs are granted until **3:00 p.m.** on **Wednesday, November 9, 2005**, within which to deliver to Defendant supporting documentation regarding all their claims for damages. Any documentation not supplied by this date will be subject to exclusion during the trial of this matter.

**IT IS FURTHER ORDERED** that the parties are granted until **3:00 p.m.** on **Monday, November 14, 2005**, within which to submit to the Court supplemental briefing on Defendant's Motion to Disqualify Attorney Jan Adams (Doc. No. 26).

Dated this 2nd day of November, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com