UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT DROSTE and CLAUDIA DROSTE, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 4:04CV904 JCH ) |
| DOUGLAS JULIEN, | ) ) |
| Defendant(s). | ) |

## **ORDER**

This matter is before the Court upon its review of the record. On November 28, 2005, attorney Joan M. Swartz entered her appearance on behalf of Plaintiffs. In light of that development, the Court will modify the Case Management Order in this matter as follows:

**IT IS HEREBY ORDERED** that any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings or, if applicable, any motion to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co., Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **Wednesday, December 28, 2005**.

**IT IS FURTHER ORDERED** that all responses to the above referenced motions must be filed no later than **Wednesday, January 25, 2006**[1], and all replies must be filed no later than **Friday, February 3, 2006**.

**IT IS FURTHER ORDERED** that this action is set for a **JURY** trial on **March 6, 2006**, at **9 a.m. This is a four-week docket, and the parties are expected to be ready and available**

---

[1] This deadline applies to Plaintiffs' responses to Defendants' previously filed motions as well.

**for trial on the first day of the docket and thereafter on twenty-four hours notice. Parties should be prepared to select a jury prior to the trial date if called upon to do so by the Court**.

**IT IS FURTHER ORDERED** that all other provisions of the Case Management Order remain in effect.

Dated this 29th day of November, 2005.

                                          /s/ Jean C. Hamilton
                                          UNITED STATES DISTRICT JUDGE