UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT DROSTE and CLAUDIA DROSTE, ) ) ) | |
| Plaintiff(s), ) ) | |
| vs. ) ) | Case No. 4:04CV904 JCH |
| DOUGLAS JULIAN, ) ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Plaintiffs' Amended Motion to Quash Writs and Summonses, filed April 2, 2010. (Doc. No. 118). Having reviewed the parties' submissions,

**IT IS HEREBY ORDERED** that Plaintiffs' Amended Motion to Quash Writs and Summonses (Doc. No. 118) is **DENIED**.

Dated this 27th day of April, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE